EXHIBIT A

# THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

JAMES WILLIAM
**Plaintiff**

V.

CLEVELAND CLINIC
**Defendant**

CASE NO.  CV23979294

JUDGE   WILLIAM F. B. VODREY

## SUMMONS  SUMC  CM

Notice ID:  50609187

| From: | JAMES WILLIAMS  P1 |
| | 9916 SOPHIA |
| | CLEVELAND OH 44104-0000 |

| Atty.: | JAMES WILLIAMS |
| | 9916 SOPHIA |
| | CLEVELAND, OH 44104-0000 |

| To: | CLEVELAND CLINIC  D1 |
| | 9500 EUCLID AVE |
| | CLEVELAND OH 44195-0000 |

### NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.us/en-US/efiling.aspx.

If you fail to serve and file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: 05/12/2023

By_____
**Deputy**

CMSN130



# Cuyahoga County Clerk of Courts
## Nailah K. Byrd

**Multilingual Notice:**

You have been named as a defendant in this Court. You must file an answer within 28 days; if you fail to answer, the Court may enter judgment against you for the relief stated in the Complaint. Seek assistance from both an interpreter and an attorney. Your inability to understand, write, or speak English will not be a defense to possible judgment against you.

1. **Spanish (US)**
   ***Aviso multilingüe:

   Este Tribunal lo ha declarado como acusado. Debe presentar una respuesta en un plazo de 28 días. Si no contesta en dicho plazo, el Tribunal podrá dictar sentencia en su contra por el amparo que se detalla en la demanda. Solicite la ayuda de un intérprete y de un abogado. Su incapacidad para comprender, escribir o hablar inglés no se considerará como defensa ante una posible sentencia en su contra.

2. **Somali**
   ***Ogeysiis luqadda badan ah:

   Waxaa laguu magacaabay sida eedeysane gudaha Maxkamadan. Waa in aad ku soo gudbisaa jawaab 28 maalmood gudahood; haddii aad ku guuldareysto jawaabta, Maxkamada laga yaabo in ay gasho xukun adiga kaa soo horjeedo ee ka nasashada lagu sheegay Cabashada. Raadi caawinta ka timid labadaba turjubaanka iyo qareenka. Karti la'aantaada aad ku fahmo, ku qoro, ama ku hadasho Af Ingiriisiga ma noqon doonto difaacida xukunkaaga suuralka ah ee adiga kugu lidka ah.

3. **Russian**
   ***Уведомление на разных языках:

   Вы были названы в качестве ответчика в данном суде. Вы должны предоставить ответ в течение 28 дней; если Ваш ответ не будет получен, суд может вынести решение против Вас и удовлетворить содержащиеся в жалобе требования. Воспользуйтесь услугами переводчика и адвоката. Тот факт, что Вы не понимаете английскую речь и не можете читать и писать по-английски, не является препятствием для возможного вынесения судебного решения против Вас.

4. **Arabic**

   ***ملاحظة متعددة اللغات:

   لقد تم اعتبارك مدعى عليه في هذه المحكمة. يجب أن تقدم ردا خلال 28 يوما؛ وإذا لم تقم بالرد، فقد تصدر المحكمة حكما ضدك بالتعويض المنصوص عليه في هذه الشكوى القضائية. اطلب المساعدة من مترجم فوري ومحام. فلن تعد عدم قدرتك على فهم اللغة الإنجليزية أو كتابتها أو تحدثها دفاعا لك أمام الحكم المحتمل ضدك.

5. **Chinese (Simplified)**
   ***多語版本通知：

   您在本法庭已被列为被告。您必须于 28

   日内递交答辩状；如果没有递交答辩状，法庭会针对诉状中声明的补救措施对您作出不利判决。请向口译人员和律师寻求帮助。您无法理解、书写或说英语的情况不能作为对您可能作出不利判决的辩护理由。

Justice Center, 1st Floor • 1200 Ontario Street • Cleveland, Ohio 44113-1664 • 216.443.7950

Ohio Relay Service 711 • Website: coc.cuyahogacounty.us

In The Court Of Common Pleas
Cuyahoga County, Ohio

Judge: WILLIAM F. B. VODREY

CV 23 979294

**James Williams**

**9916 Sophia**

**Cleveland Ohio, 44104**

**Plaintiff**

Vs

**Cleveland Clinic**

**9500 Euclid Ave**

**Cleveland Ohio, 44195**

**Defendant**

1. I, James M. Williams, would like to bring this matter to the attention of The Cleveland Clinic Foundation, legal Department. In June 2022 there was an incident involving the police department and myself.

2. I was visiting my heart specialist in the G10 internal medicine department. I was approached by two male officers and later a third female officer. One of the officers, mention to me that a woman filed an assault charges on me.

3. I said, " for what," the officer said, "I push her" and then he shows me the video. He showed me from the front and I said see I never touch her, then he shows me from the back video and I said see I never touched her. They let me do my appointment and as soon as I was finished, my rights where read and I was placed in handcuffs and arrested.

4. I was man handled and stuffed in back of a police cruiser. The two police

officer mentioned," we got him now."   Now, they were preparing to take me, downtown, Justice Center, to book me.   The officers received a call from their lieutenant, to turn me loose. One of the male officers told the lieutenant that we are getting ready to take him in for booking and the lieutenant said, "take that man out of that police car and take him to his car." The officers did what the lieutenant command. First of all, they had no proof that I assaulted anyone. I should not have been placed in hand cuffs and treated the way I had been treated.

5. I'm a 77-year-old man, whom did not deserve to be treated like a criminal. My constitutional rights were violated. I was not charged or booked however I was not given an apology for being mishandled and treated the way I had been. If I had fought back, I would have been another statistic being a black man.

6. As, the other black men have been treated, because of police brutality and that is why I am filing a $50 million law suit of detaining me and accusing me for something I never did. I had to go thought a anger management class that was very humiliating, inconvenient, unfair. Also having to answer questions about my family and myself mental stability.   So, since they had the ability to arrest me, we will go before a judge and juror to help provide my innocence. I would like to bring the two officers before the judge and jury.

*James M. Williams*